U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004
Caitlin Brown, Trial Attorney
(929) 506-5277

Metropolitan Foods, Inc. d/b/a Driscoll Foods, Inc.
6 Westbelt
Wayne, NJ 07470
(973) 672-9400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN FOODS, INC., d/b/a DRISCOLL FOODS, INC., <br><br> Defendant. | Civil Action No. 2:24-cv-6384 <br><br> **COMPLAINT** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 *et seq.* ("Title VII"), for an order directing Metropolitan Foods, Inc. d/b/a Driscoll Foods, Inc. ("Defendant") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14, for each calendar year for which Defendant is in violation of its reporting obligations. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that in prior reporting years, including

calendar years 2021 and 2022, and despite written notice and demand from the Commission, Defendant has failed and refused to fully comply with its obligation to file such reports, in violation of said statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Defendant is found, resides, or transacts business within the jurisdiction of the United States District Court for the District of New Jersey.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

4. At all relevant times, Defendant could be found, resides, or transacts business within the State of New Jersey and the township of Wayne, county of Passaic, and has continuously had at least 100 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. In 2021 Defendant had 100 or more employees.

7. Defendant was under a duty to file an EEO-1 report for 2021.

8. The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2021, to the address on record provided by Defendant.

9. Defendant failed and refused to comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2021.

10. As of the date of this action, Defendant never filed its required EEO-1 report for 2021.

11. In 2022 Defendant had 100 or more employees.

12. Defendant failed to provide the Commission with its new contact information.

13. The Commission was prevented from issuing to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2022 because Defendant failed to update its contact information with the Commission.

14. Defendant failed and refused to comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2022.

15. As of the date of this action, Defendant never filed its required EEO-1 report for 2022.

16. Defendant's failure and refusal to file said EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Order that Defendant, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which it has failed to file requisite reports, including 2021 and 2022;

  B. Order that Defendant file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

  C. Grant such further relief as the Court deems necessary and proper in the public interest; and,

  D. Award the Commission its costs of this action.

Dated: May 23, 2024

                Respectfully submitted,

                KARLA GILBRIDE
                General Counsel

                CHRISTOPHER LAGE
                Deputy General Counsel

                U.S. EQUAL EMPLOYMENT
                OPPORTUNITY COMMISSION
                131 M Street, N.E.
                Washington, D.C. 20507

                JEFFREY BURSTEIN
                Regional Attorney

                KIMBERLY CRUZ
                Assistant Regional Attorney

                /s/ Caitlin Brown
                CAITLIN D. BROWN
                Trial Attorney

                U.S. EQUAL EMPLOYMENT
                OPPORTUNITY COMMISSION
                New York District Office
                33 Whitehall Street, 5th Floor
                New York, New York 10004
                (929) 506-5277
                caitlin.brown@eeoc.gov